**No. 11-6692. Kenneth D. Beverly, Petitioner v. United States.**

565 U.S. 1030, 132 S. Ct. 561, 181 L. Ed. 2d 416, 2011 U.S. LEXIS 8004, 

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 430 Fed. Appx. 218.

**No. 11-6725. Raymond Serrano, Petitioner v. United States.**

565 U.S. 1030, 132 S. Ct. 562, 181 L. Ed. 2d 416, 2011 U.S. LEXIS 7956.

November 7, 2011. Petition for writ of

certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 411 Fed. Appx. 253.